No. 39,039

James A. McFadden, *Appellee*, v. John K. McFadden and Berdie McFadden Bleser, *Appellants*.

(264 P. 2d 920)

Opinion on rehearing filed December 12, 1953.
(For original opinion see *McFadden v. McFadden*, 174 Kan. 533, 257 P. 2d 146.)

*John R. Alden,* of Hutchinson, argued the cause and was on the briefs for the appellants.

*George Barrett,* of Pratt, argued the cause, and *Baxter Taylor,* of Oklahoma City, Okla., and *E. R. Barnes* and *Richard Barrett,* both of Pratt, were with him on the briefs for the appellee.

The opinion of the court was delivered by

Price, J.: The original opinion in this case is reported at 174 Kan. 533, 257 P. 2d 146. The facts and questions involved will not be repeated here. A rehearing was granted to appellee. The parties filed additional briefs and the case was reargued orally at our November, 1953, session.

The court has re-examined the issues involved but finds nothing to cause it to alter the former decision, and it is adhered to.